COURT OF CRIMINAL APPEALS OF TEXAS
ABEL ACOSTA, CLERK
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

DATE: JAN. 8, 2015

RE: PDR THAT WAS JUST RECENTLY FILED IN CAUSE
PETER JAMES MARTIN VS. THE STATE OF TEXAS, TR. CT. NO. 12-03-02604-CR

DEAR SIR;

    I WOULD GREATLY APPRECIATE IT VERY MUCH IF YOU COULD SEND ME BACK A COPY OF THE (PDR) PETITION FOR DISCRETIONARY REVIEW? OR PLEASE SEND ME A NOTICE OF WHAT I WILL HAVE TO PAY FOR A COPY TO BE SENT BACK TO ME?

BECAUSE WITH ALL THE COPIES THAT I HAD TO SEND OUT, I MADE A MISTAKE AND DIDN'T KEEP A COPY FOR MYSELF. ☹

\* YOUR HELP IN THIS MATTER OF GREAT IMPORTANCE IS MORE THAN KINDLY APPRECIATED.

THANK YOU VERY MUCH,
Peter James Martin
PETER JAMES MARTIN #1846003
STILES UNIT
3060 FM 3514
BEAUMONT, TEXAS 77705

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 15 2015

Abel Acosta, Clerk

Court of Criminal Appeals of Texas
Abel Acosta, Clerk
P.O. Box 12308, Capitol Station
Austin, Texas 78711

DATE: Jan. 8, 2015

RE: NOTIFICATION OF CHANGE OF ADDRESS CONCERNING
Martin, Peter James  TR.CT. NO. 12-03-02604-CR

Dear Sir;

 Would you please update my file with
my new address listed below?

| (OLD ADDRESS) | (NEW ADDRESS) |
|---|---|
| Michael Unit | Stiles Unit |
| 2664 FM 2054 | 3060 FM 3514 |
| Tennessee Colony, Texas 75886 | Beaumont, Texas 77705 |

THANK YOU VERY MUCH
FOR YOUR KIND ASSISTANCE,

Peter James Martin
PETER JAMES MARTIN #1846003